FILED

01/12/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0227

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0227

_____

DOYLE LEE,

     Plaintiff and Appellant,

    v.                                     O R D E R

LITHIA CDH, INC. d/b/a LITHIA CHRYSLER
DODGE JEEP RAM FIAT OF HELENA,

     Defendant and Appellee.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Mike Menahan, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 12 2022